1  MICHAEL L. MAU, ESQ. (Bar No. 169355)
   THE MAU LAW FIRM aka Law Offices of Michael L. Mau
2  950 HARRISON STREET, STE. 213
   SAN FRANCISCO, CA  94107-1078
3  (415) 495-8082
   (415) 495-8084 (fax)
4  maulawsf@hotmail.com

5  Attorneys for Use-Plaintiff
   George E. Masker, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of GEORGE E. MASKER, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN CASUALTY COMPANY OF READING, PA, a surety;  CONTINENTAL CASUALTY COMPANY, a surety; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a surety; DICK / MORGANTI / NIBBI, J.V., a joint venture;  DICK CORPORATION, a corporation; THE MORGANTI GROUP, INC., a corporation; NIBBI BROTHERS CONSTRUCTION, a joint venture;  NIBBI BROTHERS, INC., a corporation;  NIBBI BROTHERS ASSOCIATES, INC., a corporation;  and DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | Case No.: C 08 0328 WHA<br><br>NOTICE OF VOLUNTARY DISMISSAL & ORDER |

/ /

-1-

Notice of Voluntary Dismissal & Order

**NOTICE OF VOLUNTARY DISMISSAL**

Use Plaintiff George E. Masker, Inc. by and through its attorneys of record, hereby notices and requests that the Court dismiss this case, without prejudice.

Dated: February 29, 2008                    THE MAU LAW FIRM

/s/ *Michael L. Mau*
_____
Michael L. Mau, Esq.
Attorneys for Use-Plaintiff
George E. Masker, Inc.

**ORDER**

At the request of Use Plaintiff George E. Masker, Inc., it is hereby ordered that this case be dismissed without prejudice.

IT IS SO ORDERED.

Dated: _____              _____
                                    Honorable William H. Alsup
                                    United States District Court Judge